USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MICHAEL GARDNER,

          Plaintiff,

    -against-

MARTIN R. WADE III,

          Defendant.
--------------------------------------------------------------X

Case No. 08 Civ. 2850 (HB)

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Martin R. Wade III to answer, move or otherwise respond to the complaint in this action is hereby adjourned to April 30, 2008.

Dated: New York, New York
       March ___, 2008

SULLIVAN GARDNER PC

By: _____
   Peter Sullivan (PS-
   475 Park Avenue South
   New York, New York 10016
   (212) 687-5900

Attorneys for Plaintiff
Michael Gardner

LOEB & LOEB LLP

By: _____
   Michael P. Zweig (MZ-5318)
   Eugene R. Licker (EL-0334)
   345 Park Avenue
   New York, New York 10016
   (212) 407-4000

Attorneys for Defendant
Martin R. Wade III

SO ORDERED:

_____
U.S.D.J.

NY709750.1
212282-10001

[Handwritten note from Judge:] I am informed that this matter will be presented to Judge Stanton as a related case which he will accept or reject — I will adjourn the matter until April 7 at which time you are to contact Judge Stanton's Chambers to see what he wants to do — but this adjournment is only to April 7, 08

/s/ Harold Baer
Harold Baer, Jr., U.S.D.J.
Date: 3/25/08

Endorsement: I am informed that this matter will be presented to Judge Stanton as a related case which he will accept or reject. Therefore, I will adjourn the matter until April 7 at which time you are to contact Judge Stanton's Chambers to see what he wants to do – but this adjournment is only to April 7, 2008.