UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHAEL GARDNER                                           :

        Plaintiff,                                          :
                                                                      Case No.: 08-cv-2850
        -against-                                          :
                                                                      (Stanton, J.)
MARTIN R. WADE III                                        :

        Defendants.                                     :     NOTICE OF APPEARANCE

                                                              :
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned, being duly admitted to practice in the United States District Court for the Southern District of New York hereby appears as counsel in this case for defendant Martin R. Wade III.

      PLEASE TAKE FURTHER NOTICE, that all papers and documents shall be served at the address set forth below.

Dated: New York, New York
       April 10, 2008

                                              HOWREY LLP

                                       By: /s/ Michael F. Armstrong
                                           Michael F. Armstrong

                                           153 East 53rd Street, 54th Floor
                                           New York, New York 10022
                                           (212) 896-6500 tel
                                           (212) 896-6501 fax
                                           armstrongm@howrey.com

                                     *Attorneys for Defendant Martin R. Wade III*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008 a true and correct copy of the foregoing Notice of Transfer was electronically served on the following via ECF:

Peter Sullivan
SULLIVAN GARDNER, P.C.
475 Park Avenue South, 30th Floor
New York, NY 10016
(212)-687-5900
Fax: (212)-687-4060

*Attorneys for Michael Gardner.*

Dated: New York, New York
April 10, 2008

Jenifer J. Lin

HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500